UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                              Criminal File No. 19-168 (MJD/HB)

(7) SALINA KAY GOODWIN,

      Defendant.

LeeAnn K. Bell, Assistant United States Attorney, Counsel for Plaintiff.

Piper Kenney Wold, Law Office of Piper L. Kenney, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated May 4, 2020.  Defendant Salina Kay Goodwin filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a _de novo_ review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Bowbeer dated May 4, 2020.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated May 4, 2020 [Docket No. 320].

2. Defendant Salina Kay Goodwin's Motion to Reconsider Defendant's Order for Detention [Docket No. 309] is **DENIED**.

Dated:  June 9, 2020            s/ Michael J. Davis
                                Michael J. Davis
                                United States District Court